[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT**
November 3, 2005
**THOMAS  K. KAHN
CLERK**

No. 05-13058
Non-Argument Calendar

_____

D. C. Docket No. 04-00689-CV-T-MSS

DAVID MAREK,

Plaintiff-Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(November 3, 2005)**

Before TJOFLAT, BLACK and CARNES, Circuit Judges.

PER CURIAM:

In this 42 U.S.C. § 405(g) social security disability case, the parties

consented to proceeding before the magistrate judge pursuant to 28 U.S.C. § 636(c). After reviewing all the submissions of the parties, including a transcript of the proceedings before the administrative law judge and the exhibits in that proceeding, the magistrate judge entered an order affirming the commissioner's decision to deny benefits.

David Marek, the claimant, appeals the final judgment entered as a result of the magistrate judge's order. Marek raises the same claims on appeal that he raised before the magistrate judge. He contends that the ALJ improperly rejected the opinion of his treating physician and did not properly consider the combined effect of all of his impairments and his subjective symptoms.

The district court adequately and correctly addressed all of Marek's arguments. After careful review of the briefs, the record, and the magistrate judge's order, we affirm the denial of disability benefits for the reasons articulated in that order.

**AFFIRMED.**